ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2010 JUL -2 PM 1: 03

CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MARK DISANTI,** | § | |
| Plaintiff | § | |
| | § | |
| Vs. | § | **Case No. 4:10-CV-287-A** |
| | § | |
| **MORTGAGE ELECTRONIC** | § | |
| **REGISTRATION SYSTEMS, INC.** | § | |
| Defendant | § | |

---

### ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE CAPTIONED ACTION ON JUNE 24, 2010

---

# VOLUME 1 of 14

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MARK DISANTI,**<br>**Plaintiff** | §<br>§<br>§ | |
| **Vs.** | §<br>§ | **Case No. 4:10-CV-287-A** |
| **MORTGAGE ELECTRONIC**<br>**REGISTRATION SYSTEMS, INC.**<br>**Defendant** | §<br>§<br>§<br>§ | |

<u>**TABLE OF CONTENTS FOR VOLUMES 1 - 14 FOR ITEMS FURNISHED**</u>
<u>**PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE CAPTIONED**</u>
<u>**ACTION ON JUNE 24, 2010**</u>

**VOLUME ONE:  <u>BATES # 1-305</u>**

*Mark Disanti vs. Nationstar Mortgage, LLC*
*Cause No. 2010-60166-393*
*393RD District Court, Denton County*

| | |
|---|---|
| Original Petition | 1 |
| Temporary Restraining Order | 10 |
| Certificate of Cash in lieu of Bond | 12 |
| Plaintiff's Motion to Take Judicial Notice | 15 |
| Plaintiff's Supplement to Application for Temporary Injunction | 18 |

*Mark Disanti vs. BAC Home Loan Servicing, LP*
*Cause No. 1-10-610*
*382nd District Court, Rockwall County*

| | |
|---|---|
| Original Petition | 25 |

*Mark Disanti vs. Mortgage Electronic Registration Systems, Inc.*
*Cause No. 2009-10389-16*
*16th District Court, Denton County*

| | |
|---|---|
| Original Petition | 35 |
| Plaintiff's Motion for Default Judgment | 72 |

Certificate of Last Known Address

Affidavit for Attorney Fees                                                    75

Plea in Intervention                                                           76

Default Judgment                                                               78

Affidavit in Support of Default Judgment                                       81

Plaintiff's Response to First Amended Motion for New                           84
Trial

Order, Court of Appeals, 5th District                                     87

Mortgage Electronic Registration System                                       116

Request for Clerk's Record

Plaintiff's Designation of Clerk's Record                                     117

Clerk's Record                                                                120

                                                                              124

*Mark Disanti vs. Wells Fargo Bank, N.A.*
*Cause No 296-05168-2007*
*296th District Court, Tarrant County*

Original Petition

Answer                                                                        270

Motion for Default Judgment                                                   274

Notice of Appearance of Counsel                                               277

Defendant's Motion for New Trial                                              278

Plaintiff's Application for Temporary Restraining Order and                   280
Temporary Injunction

Temporary Restraining Order                                                   288

                                                                              297

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE
CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME TWO: BATES # 306 – 540

*Mark DiSanti v. Wells Fargo Bank N.A.*
*Cause No. 09-04779*
*95th District Court, Dallas County, Texas*

| | |
|---|---|
| Original Petition | 306 |
| Notice of Hearing | 313 |
| General Denial of Wells Fargo | 314 |
| Motion for Default Judgment | 316 |
| Affidavit of Non-Military Service | 317 |
| Affidavit of Last Known Address | 318 |
| Notice of Trial | 319 |
| Notice of Appointment of Mediator | 320 |
| Defendant's Motion for Summary Judgment | 322 |
| Notice of Non-Jury Trial | 327 |
| Plaintiff's Supplemental Response to Defendant's | |
| Motion for Summary Judgment | 328 |
| Order on Defendant's Motion for Summary Judgment | 332 |
| Plaintiff's Motion to Substitute Counsel | 333 |
| Order | 336 |
| Plaintiff's Motion for New Trial | 337 |
| Defendant's Response to the Motion for New Trial | 347 |

*Mark DiSanti v. Mortgage Electronic Registration Systems Inc.*
*Cause No. 401-05228-2009*
*401st District Court, Dallas County, Texas*

| | |
|---|---|
| Original Petition | 437 |
| Original Answer | 441 |
| Motion for Order Cancelling Lis Pendens | 444 |
| Order Cancelling Lis Pendens | 446 |
| Notice of Trial Setting | 448 |
| Defendant's No Evidence Motion for | |

Summary Judgment                                                    452
Plaintiff's First Amended Petition                                  457
Plaintiff's Response to Defendant's No Evidence
Motion for Summary Judgment                                         463


**Mark DiSanti v. Option One Mortgage Corporation and Wells Fargo Bank N.A.**
**Cause No. 296-04196-2009**
**296th District Court, Collin County, Texas**
    Original Petition                                               479
    Order for Default Judgment                                      483
    Defendant's Motion to Set Aside Default Judgment                485
    Defendant's Original Answer                                     495
    Motion for Default Judgment                                     497


**Mark DiSanti v. The Bank of New York**
**Cause No. 10-05774**
**44th District Court, Dallas County, Texas**

    Plaintiff's Original Petition                                   503
    Default Judgment                                                508
    Affidavit to Support Default Judgment                           511
    Certificate of Last Known Address                               514
    Affidavit for Attorney's Fees                                   515


**Mark DiSanti v. Sand Canyon Corporation f/k/a Option One Mortgage Corporation and**
**Cathy Lee, Trustee**
**Cause No. 401-08225-2009**
**401st District Court, Collin County, Texas**

    Plaintiff's Original Petition                                   517
    Temporary Restraining Order                                     523
    Order                                                           525
    Defendant's Original Answer                                     526
    Temporary Restraining Order                                     530

**Mark DiSanti v. Mortgage Electronic Registration Systems Inc.**
**Cause No. 296-0958-2010**
**296th District Court, Collin County, Texas**

    Original Petition                                               533
    Notice of Substitution of Counsel                               538
    Order                                                           540

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE
CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME THREE: BATES # 541 – 754

*Mark DiSanti v. First Bank*
*Cause No. 09-15385*
*191st District Court, Dallas County, Texas*

| | |
|---|---|
| Original Petition | 541 |
| Original Answer | 548 |
| Motion to Substitute Counsel | 550 |
| Order Directing Substitution | 552 |
| Defendant's Original Counterclaim | 554 |

*Mark DiSanti v. Washington Mutual Bank, F.A.*
*Cause No. 09-03563*
*162nd District Court, Dallas County, Texas*

| | |
|---|---|
| Original Petition | 575 |
| First Amended Petition | 580 |
| Original Answer | 585 |
| Motion for Temporary Restraining Order and Injunction | 589 |
| Defendant's Motion for Summary Judgment | 595 |
| First Amended Petition (w/Exhibits) | 604 |
| Order Granting Summary Judgment | 697 |

*Mark DiSanti v. Mortgage Electronic Registration Systems Inc.*
*Cause No. 2010-50041-367*
*367th District Court, Denton County, Texas*

| | |
|---|---|
| Original Petition | 703 |
| Notice of Removal to Federal Court | 709 |
| Notice of Removal | 713 |

***Mark DiSanti v. Option One Mortgage Company n/k/a Sand Canyon Corporation, and
Russell Stockman, Trustee***
***Cause No. 2010-60030-393***
***393rd District Court, Denton County, Texas***

| | |
|---|---|
| Original Petition | 718 |
| Order | 726 |
| Temporary Restraining Order | 727 |
| Original Answer | 729 |
| Notice of Change of Address | 734 |

***Mark DiSanti v. Bank of New York as Trustee***
***Cause No. 296-01974-2009***
***296th District Court, Collin County, Texas***

| | |
|---|---|
| Original Petition | 735 |
| Motion for Default Judgment | 738 |
| Order for Default Judgment | 740 |

***Mark DiSanti v. Mortgage Chase Home Finance, LLC and Greg Bertrand, Trustee***
***Cause No. 296-50421-367***
***367th<sup>th</sup> District Court, Denton County, Texas***

| | |
|---|---|
| Original Petition | 742 |
| Temporary Restraining Order | 748 |
| Original Answer | 750 |
| Notice of Change of Address | 754 |

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME FOUR: BATES #755 – 1003

*Mark DiSanti v. Mortgage Electronic Registration Systems Inc.*
*Cause No. 2009-60421-393*
*393ʳᵈ District Court, Denton County, Texas*

| | |
|---|---|
| Original Petition | 755 |
| Original Answer | 759 |
| Defendant's Motion for Summary Judgment | 762 |
| Plaintiff's Motion for Continuance and Extension | 801 |
| Plaintiff's Response to Defendant's Motion for Summary Judgment | 807 |
| Defendant's Reply Brief | 811 |

*Mark DiSanti v. Mortgage Electronic Registration Systems and Bank of America N.A.*
*Cause No. 401-5226-2009*
*401st District Court, Collin County, Texas*

| | |
|---|---|
| Original Petition | 818 |
| Original Answer | 822 |
| Defendant's Motion for Summary Judgment | 825 |
| Notice of Hearing | 963 |
| Order Granting Summary Judgment | 965 |

*Mark DiSanti v. Mortgage Electronic Registration Systems Inc.*
*Cause No. 2009-20389-158*
*158ᵗʰ District Court, Denton County, Texas*

| | |
|---|---|
| Original Petition | 870 |
| Original Answer | 879 |
| Notice of Filing of Removal | 883 |
| Notice of Removal | 885 |
| Notice of Change of Address | 905 |

*Mark DiSanti v. Mortgage Electronic Registration Systems Inc.*
*Cause No. 296-04768-2009*
*296th District Court, Collin County, Texas*

| | |
|---|---|
| Original Petition | 968 |
| Original Answer | 972 |
| Defendant's Motion for Summary Judgment | 977 |

*Mark DiSanti v. Bank of New York Mellon Trust Company, National Association*
*Cause No. 296-04769-2009*
*296th District Court, Collin County, Texas*

| | |
|---|---|
| Original Petition | 1004 |
| Original Answer | 1008 |
| Temporary Restraining Order | 1013 |
| Defendant's Certificate of Written Discovery | 1014 |
| Order of Referral | 1017 |

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE
CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME FIVE: BATES #1025 – 1223

*Mark Disanti vs. Flagstar Bank , F.S.B.*
*Cause No. 296-04766-2009*
*296th Judicial District, Collin County*

| | |
|---|---|
| Plaintiff's Original Petition | 1025 |
| Defendant's Original Answer | 1030 |
| Defendant's Motion For Summary Judgment | 1032 |
| Notice of Submission | 1040 |
| Motion for Continuance | 1042 |
| Affidavit | 1044 |
| Memorandum | 1046 |
| Letter | 1048 |
| Order Granting Summary Judgment | 1049 |
| Amended Order Granting Summary Judgment | 1050 |

*Mark Disanti vs. Option One Mortgage Corporation And Wells Fargo Bank, N.A.*
*Cause No. 296-04196-2009*
*296th Judicial District, Collin County*

| | |
|---|---|
| Plaintiff's Original Petition | 1051 |
| Defendant's Original Answer | 1055 |
| Motion For Default Judgment | 1057 |
| Affidavit Of Last Known Address | 1059 |
| Order For Default Judgment | 1060 |
| Letter | 1061 |
| Defendant's Motion To Set Aside Default Judgment And/Or For New Trial | 1062 |
| Original Petition | 1073 |
| Defendant's Original Answer | 1083 |
| Motion For Default Judgment | 1085 |
| Affidavit | 1087 |
| Deed Of Trust | 1091 |
| Planned Unit Development Rider | 1103 |

Adjustable Rate Rider                                           1105
Assignment Of Note And Deed Of Trust                           1108
Assessment Lien Deed                                           1112
Order For Default Judgment                                     1115
Notice Setting Hearing Date                                    1117


**Mark Disanti vs. Argent Mortgage Company, L.L. C.**
**Cause No. 09-13789-E**
**101st E Judicial District, Dallas County**

Plaintiff's Original Petition                                  1119
Plaintiff's Motion For Default Judgment                        1125
Certificate Of Last Known Address                              1128
Default Judgment                                               1129
Affidavit Of Jonathan Gitlin                                   1132
Affidavit Of Ken Bennett                                       1134
Defendant's Original Answer                                    1163


**Mark Disanti vs. Morgtage Electronic Registration Systems, Inc.,**
**Chase Home Finance, L.L.C., and Gred Bertrand, Trustee**
**Cause No. 296-03811-2009**
**296th Judicial District, Collin County**

Plaintiff's Original Petition                                  1165
Defendant's Special Exceptions And Original Answer             1171
Defendant's Original Answer                                    1174
Temporary Restraining Order                                    1176
Defendant's Motion For Summary Judgment                        1178
Plaintiff's Original Petition                                  1187
Affidavit of Kevin E. Johnson                                  1193

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME SIX: BATES #1224 – 1458

*Mark Disanti vs. Countrywide Home Loans, Inc.*
*Cause No. 2009-10224-16*
*16th Judicial District Court, Denton County*

| | |
|---|---|
| Plaintiff's Original Petition | 1224 |
| Temporary Restraining Order | 1238 |
| Order | 1240 |
| Defendant's Original Answer And Request For Disclosure | 1242 |
| Defendant's Amended Answer Counterclaim And Request For Sanctions | 1245 |
| Defendant's Motion For Summary Judgment | 1248 |
| Affidavit | 1256 |
| Affidavit of Becky Howell | 1288 |
| Notice Of Hearing | 1301 |
| Order Granting Motion For Defendant's Summary Judgment | 1303 |
| Motion For New Trial And Reconsideration | 1306 |
| Affidavit | 1308 |
| Letter | 1309 |
| Notice Of Change Of Address | 1310 |

*Mark Disanti vs. AAMES Funding Corporation*
*d/b/a AAMES Home Loans*
*Cause No. 2009-60223-393*
*393 Judicial District Court, Denton County*

| | |
|---|---|
| Plaintiff's Original Petition | 1311 |
| Plaintiff's First Amended Original Petition | 1315 |
| Motion For Default Judgment | 1318 |
| Order For Default Judgment | 1320 |
| Motion To Modify Order | 1323 |
| Amended Order For Default Judgment | 1324 |

*Mark Disanti vs. U.S. Bank National Association*

*Cause No. 1-09-670*
*382nd Judicial District Court, Rockwall County*

| | |
|---|---|
| Plaintiff's Original Petition | 1326 |
| Plaintiff's Motion For Temporary Restraining Order | 1330 |
| Temporary Restraining Order | 1333 |
| Motion For Default Judgment | 1339 |
| Affidavit Of Last Known Address | 1340 |
| Defendant's Original Answer And Request For Disclosure | 1341 |
| Defendant's Counterclaim | 1343 |
| Letter | 1348 |
| Motion For Summary Judgment | 1349 |
| Notice Of Confidentiality Rights | 1360 |
| Notice Of Assessment Lien Sale | 1369 |
| Summary Judgment | 1453 |
| Motion For New Trial And Reconsideration | 1456 |
| Affidavit | 1458 |

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE
CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME SEVEN: BATES #1459 – 1692

*Mark Disanti vs. W. R. Starkey Mortgage, L.L.P.,*
*HSBC Bank U.S.A., N.A.and Michael Zientz, Substitute Trustee*
*Cause No. 017-238462-09*
*17th Judicial District Court, Tarrant County*

| | |
|---|---|
| Plaintiff's Original Petition | 1459 |
| Temporary Restraining Order | 1466 |
| Motion For Default Judgment | 1468 |
| Motion To Enforce A Rule 11 Agreement And Dismiss With Prejudice | 1471 |
| Motion To Dismiss | 1473 |
| Order | 1474 |

*Mark Disanti vs. Deutsche Bank National Trust Company, N.A.*
*and EMC Mortgage Corporation*
*Cause No. 2009-50157-267*
*267th Judicial District Court, Denton County*

| | |
|---|---|
| Plaintiff's Original Petition | 1476 |
| Defendant's Special Exceptions And Original Answer | 1481 |
| Defendant's Original Answer | 1484 |
| Plaintiff's First Amended Original Petition | 1486 |
| Motion For Voluntary Non-Suit | 1490 |
| Order For Voluntary Non-Suit | 1491 |
| Affidavit Of Mark Disanti | 1492 |
| Plaintiff's Motion For Summary Judgment | 1494 |
| Defendant's Response To Plaintiff's Motion For Summary Judgment | 1550 |
| Agreed Motion For Dismissal With Prejudice | 1557 |
| Affidavit Of Last Known Address | 1561 |
| Motion For Default Judgment | 1562 |
| Order For Default Judgment | 1563 |
| Notice Of Change Of Address | 1564 |

*Mark Disanti vs. Wells Fargo Bank, N.A.*
*Cause No. 2009-20152-158*
*158th Judicial District Court, Denton County*

| | |
|---|---|
| Plaintiff's Original Petiton | 1565 |
| Motiion For Default Judgment | 1568 |
| Affidavit Of Non-Military Service | 1569 |
| Affidavit Of Last Known Address | 1570 |
| Order For Default Judgment | 1571 |
| Defendant's Motion To Set Aside Default Judgment And Motion For New Trial | 1576 |
| Affidavit | 1586 |
| Notice of Hearing | 1601 |
| First Amended Notice Of Hearing | 1604 |
| Agreed Order Granting Defendant's Motion To Set Aside Default Judgment And Motion For New Trial | 1607 |
| Plaintiff's First Amended Original Petition | 1609 |
| Motion For Voluntary Non-Suit | 1613 |
| Affidavit | 1614 |
| Order Of Voluntary Non-Suit | 1616 |
| Ex Parte Motion For Deposit Of Funds Into Theregistry Of The Court And For The Release Of A Purported Lien | 1618 |
| Order | 1621 |
| Order Allowing Service By Publication | 1623 |
| Motion To Allow Service By Publication | 1624 |
| Ex Parte Motion For Withdrawal Of Funds Deposited Into The Registry Of The Court | 1627 |
| Motion For Default Judgment | 1629 |
| Notice Of Change Of Address | 1632 |
| Order For Withdrawal Of Funds From The Registry Of The Court | 1633 |

*Mark Disanti vs. Wells Fargo Bank, N.A.,*
*And Greg Bertrand, Trustee*
*Cause No. 2010-10031-16*
*16th Judicial District Court, Denton County*

| | |
|---|---|
| Plaintiff's Original Petition | 1634 |
| Temporary Restraining Order | 1644 |
| Defendant's Original Answer And Counterclaim | 1646 |
| Order | 1649 |
| Notice Of Hearing | 1650 |
| Affidavit | 1659 |
| Affidavit Of Becky Howell | 1679 |
| Plaintiff's Response To Defendant's Motion For Summary Judgment | 1685 |

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE
CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME EIGHT: BATES #1693 – 1952

*Mark Disanti vs. Mortgage Electronic Registration Systems, Inc.*
*Cause No.:  Unfiled*

    Original Petition      1693

*Mark Disanti vs. Mortgage Electronic Registration Systems, Inc.,*
*And First Horizon Home Loan Corporation A/K/A First Horizons*
*Home Loans, A Division Of First Tennessee Bank*
*Cause No. 2009-60388-393*
*393rd Judicial District Court, Denton County*

| | |
|---|---|
| Original Petition | 1699 |
| Notice Of Hearing | 1706 |
| Defendant's Motion For Summary Judgment | 1708 |
| Defendant's Motion For Summary Judgment | 1717 |
| Affidavit | 1726 |
| Defendant's Second Amended Motion For Summary Judgment | 1733 |
| Affidavit | 1746 |
| Affidavit | 1770 |
| Defendant's Third Amended Motion For Summary Judgment | 1775 |
| Affidavit | 1788 |
| Affidavit | 1812 |
| Affidavit | 1817 |
| Plaintiff's Response To Defendant's Motion For Summary Judgment | 1819 |
| Plaintiff's Response To Defendant's Motion For Summary Judgment | 1824 |
| Defendant's First Set Of Interrogatories | 1835 |
| General Objection To Request For Production Of Documents | 1874 |
| Affidavit | 1879 |
| Affidavit | 1901 |
| Affidavit | 1906 |

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME NINE: BATES #1953 – 2267

*Mark Disanti vs. Long Beach Mortgage Company*
*Cause No. 09-14936*
*192nd District Court, Dallas County*

| | |
|---|---|
| Original Petition | 1953 |
| Defendant's First Amended Answer | 1958 |
| Defendant's Notice Of Removal | 1962 |
| Opposition To Defendant's Motion To Dismiss | 1966 |
| Proposed Scheduling Order | 1975 |
| Scheduling Order | 1977 |
| Order Granting Agreed Motion To Amend Scheduling Order | 1978 |
| Agreed Motion To Amend Scheduling Order | 1979 |
| Rule 7.1 Disclosure Statement | 1982 |
| Notice Of Entry Of Appearance And Designation Of Lead Counsel | 1984 |
| Defendant's Rule 26(a)(1) Initial Disclosures | 1988 |
| Original Petition | 1991 |
| Defendant's Wells Fargo Bank, N.A.'s Original Answer To Plaintiff's Original Petition | 1997 |
| Temporary Restraining Order | 2004 |
| Motion For Substitution Of Counsel | 2006 |
| Order Granting Motion For Substitution Of Counsel | 2009 |

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME TEN: BATES #2268 – 2422

*Mark Disanti vs. JPMorgan Chase et. al.*
*Cause No. 2009-40421-362*
*362nd District Court, Denton County*

| | |
|---|---|
| Original Petition | 2268 |
| Temporary Restraining Order | 2280 |
| Defendant's Original Answer | 2292 |
| Defendant's Original Answer (Trustee) | 2296 |
| Defendant's Original Answer | 2300 |
| Order Granting Summary Judgment | 2338 |
| Motion for Summary Judgment | 2339 |
| Response to Motion for Summary Judgment | 2347 |
| Affidavit | 2351 |
| Order on Motion for Substitution | 2395 |
| Motion for Substitution | 2400 |
| Notice of Withdrawal of Answer | 2402 |
| Trustee's Motion to Dismiss | 2404 |
| Order Granting Motion to Dismiss | 2411 |

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE
CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME ELEVEN: BATES #2423 – 2729

*Mark Disanti vs. New Century Mortgage Corporation*
*Cause No. 296-05166-2009*
*296th District Court Collin County*

| | |
|---|---|
| Notice of Filing Certified Document | 2423 |
| Motion for Substitution of Counsel | 2433 |
| Opposition to Motion for New Trial | 2437 |
| Original Petition | 2462 |
| Motion for Default Judgment | 2466 |
| Order for Default Judgment | 2471 |
| Plea in Intervention/Motion for New Trial | 2472 |
| Affidavit | 2503 |
| Supplement, Plea in Intervention | 2545 |
| Affidavit | 2547 |
| Order confirming Plan | 2552 |

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME TWELVE: BATES #2730 – 2953

*Mark Disanti vs. Mortgage Electronic Registration System*
*Cause No. 2009-50278-367*
*367th District Court, Denton County*

| | |
|---|---|
| PLAINTIFF'S ORIGINAL PETITION | 2730 |
| CERTIFICATE OF LAST KNOWN ADDRESS | 2736 |
| MOTION FOR DEFAULT JUDGMENT | 2737 |
| DEFAULT JUDGMENT | 2740 |
| AFFIDAVIT OF JOHN A. MURPHY | 2743 |
| AFFIDAVIT OF WILLIAM C. HULTMAN | 2746 |
| DEFENDANT'S VERIFIED MOTION TO SER ASIDE DEFAULT JUDGMENT AND FOR NEW TRIAL | 2750 |
| DEFENDANT'S VERIFIED MOTION TO SET ASIDE DEFAULT JUDGMENT AND FOR NEW TRIAL | 2760 |
| PLEA IN INTERVENTION | 2770 |
| ORDER GRANTING DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S VERIFIED MOTION TO SET ASIDE DEFAULT JUDGMENT AND MOTION FOR NEW TRIAL | 2774 |
| DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S VERIFIED MOTION TO SET ASIDE DEFAULT JUDGMENT AND FOR NEW TRIAL | 2776 |
| ORDER GRANTING DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S VERIFIED MOTION TO SET ASIDE DEFAULT JUDGMENT AND MOTION FOR NEW TRIAL | 2783 |
| DEFENDANT'S ORIGINAL ANSWER AND COUNTERCLAIMS | 2785 |
| AFFIDAVIT OF JOHN A. MURPHY | 2793 |
| EXHIBIT 1 | 2796 |
| AFFIDAVIT OF WILLIAM C. HULTMAN | 2797 |
| AFFIDAVIT FOR ATTORNEY'S FEES | 2801 |
| AFFIDAVIT TO SUPPORT DEFAULT JUDGMENT | 2803 |
| PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT **(ONLY PAGE 1)** | 2806 |
| ORDER GRANTING DEFENDANT MORTGAGE ELECTRONIC | 2807 |

REGISTRATION SYSTEMS, INC.'S VERIFIED MOTION TO SET ASIDE
DEFAULT JUDGMENT AND MOTION FOR NEW TRIAL

PLAINTIFF'S RESPONSE TO DEFENDANT'S VERIFIED MOTION TO        2809
SET ASIDE DEFAULT JUDGMENT AND FOR NEW TRIAL

AFFIDAVIT OF M. DREW SIEGEL                                  2822

EXHIBIT MDS-1                                                2824

EXHIBIT MDS-2                                                2826

ORDER ON PLAINTIFF'S OBJECTIONS TO AFFIDAVITS IN             2830
DEFENDANT'S VERIFIED MOTION TO SET ASIDE DEFAULT
JUDGMENT AND FOR NEW TRIAL

PLAINTIFF'S RESPONSE TO DEFENDANT'S VERIFIED MOTION TO        2839
SET ASIDE DEFAULT JUDGMENT AND FOR NEW TRIAL

AFFIDAVIT OF M. DREW SIEGEL                                  2852

EXHIBIT MDS-1                                                2855

EXHIBIT MDS-2                                                2856

**U.S. BANK NATIONAL ASSOCIATION, A NATIONAL BANKING ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TERWIN MORTGAGE TRUST, SERIES TMTS 2005-6HE, WITHOUT RECOURSE V. MARK DISANTI AND ALL OTHER OCCUPANTS**
**CAUSE NO. CV1-10-5705**
**PRECINCT 1, POSITION 1, JUSTICE OF THE PEACE, ROCKWALL COUNTY**

CITATION EVICTION JUSTICE COURT PRECINCT ONE                  2860

COMPLAINT FOR FORCIBLE DETAINER AND ORIGINAL PETITION         2861

VERIFICATION                                                 2864

LOAN RELATED DOCUMENTS                                       2866

TEMPORARY RESTRAINING ORDER                                  2931

**MARK DISANTI VS. U.S. BANK NATIONAL ASSOCIATION**
**CAUSE NO. 1-09-670**
**382ND JUDICIAL DISTRICT, ROCKWALL COUNTY**

TEMPORARY RESTRAINING ORDER                                  2932

PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT        2934

DEFENDANT'S ORIGINAL ANSWER AND REQUEST FOR                  2938
DISCLOSURE

FILING LETTER FOR AMENDED NOTICE OF ORAL HEARING             2940

AMENDED NOTICE OF ORAL HEARING                               2941

U.S. NATIONAL BANK'S MOTION FOR SUMMARY JUDGMENT             2942

HOMEOWNERS ASSOCIATION RELATED DOCUMENTS                     2951

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE ABOVE
CAPTIONED ACTION ON JUNE 24, 2010**

## VOLUME THIRTEEN: BATES #2954 – 3129

*MARK DISANTI VS. MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.*
*CAUSE NO. 2009-60421-393*
*393RD JUDICIAL DISTRICT, ROCKWALL COUNTY*

| | |
|---|---|
| PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT | 2954 |
| CITATION BY CERTIFIED MAIL | 2958 |
| DEFENDANT'S ANSWER, COUNTERCLAIM AND REQUEST FOR SANCTIONS | 2962 |
| NOTICE OF HEARING | 2965 |
| DEFENDANT'S MOTION FOR SUMMARY JUDGMENT | 2966 |
| AFFIDAVIT OF WELLS FARGO BANK N.A. (EXHIBIT A) | 2974 |
| EXHIBIT A-1 | 2977 |
| EXHIBIT A-2 | 2979 |
| EXHIBIT A-3 | 2991 |
| AFFIDAVIT OF BECKY HOWELL (EXHIBIT-B) | 2994 |
| EXHIBIT B-1 | 2997 |
| EXHIBIT B-2 | 2998 |
| EXHIBIT C | 3001 |
| NOTICE OF CHANGE OF ADDRESS | 3003 |

*MARK DISANTI VS. MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. AND
SUNTRUST MORTGAGE, INC.*
*CAUSE NO. 2009-10422-16*
*16TH JUDICIAL DISTRICT, DENTON COUNTY*

| | |
|---|---|
| FIRST AMENDED ORIGINAL PETITION | 3004 |
| MOTION FOR SUBSTITUTION OF COUNSEL | 3008 |
| ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL | 3010 |
| LOAN RELATED DOCUMENTS | 3011 |
| REGISTER OF ACTIONS | 3020 |
| PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT | 3021 |
| CITATION BY CERTIFIED MAIL | 3025 |

DENTON COUNTY DOCUMENT RECORDS REQUEST                          3029
DEFENDANT'S SPECIAL EXCEPTION AND ORIGINAL VERIFIED            3031
ANSWER
NOTICE OF ORAL HEARING                                         3034
NOTICE OF CHANGE OF ADDRESS                                    3036
DEPUTY REPORTER STATEMENT                                      3037
MOTION TO DISMISS                                              3038
NOTICE OF ORAL HEARING                                         3040
AMENDED MOTION FOR CONTINUANCE OF HEARING ON                   3042
DEFENDANT'S MOTION TO DISMISS

**MARK DISANTI VS. ARGENT MORTGAGE COMPANY**
**CAUSE NO. 09-05743**
**14TH JUDICIAL DISTRICT, DALLAS COUNTY**

PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT         3045
PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION FOR               3052
DECLARATORY JUDGMENT
MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR                3061
INJUNCTIVE RELIEF
AFFIDAVIT IN SUPPORT OF PLAINTIFF'S FIRST AMENDED MOTION      3066
FOR TEMPORARY RESTRAINING ORDER AND FOR INJUNCTIVE
RELIEF
FIRST AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER         3068
AND FOR INJUNCTIVE RELIEF
PLAINTIFF'S AMENDED ORIGINAL PETITION FOR DECLARATORY        3074
JUDGMENT
TEMPORARY RESTRAINING ORDER                                   3079
DEFENDANT'S ORIGINAL ANSWER AND REQUEST FOR                  3087
DISCLOSURES
ORIGINAL ANSWER OF DEFENDANT, SHELLY ORTANALI                 3117
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEES            3120
ORIGINAL ANSWER
RANDALL B. CLARK & CODILIS & STAWIARSKI, P.C.'S MOTION TO    3123
WITHDRAW
UNIFORM SCHEDULING ORDER (LEVEL 1 OR 2)(REVISED JUNE 1,      3127
2001)
NOTICE OF CHANGE OF ADDRESS                                   3129

---

**ITEMS FURNISHED PURSUANT TO DIRECTIVE OF ORDER SIGNED IN THE
ABOVE CAPTIONED ACTION ON JUNE 24, 2010**

---

## VOLUME FOURTEEN: BATES #3130 – END

*MARK DISANTI VS. DEUTSCHE BANK NATION TRUST COMPANY, A/K/A DEUTSCHE
BANK TRUST COMPANY, N.A., TRUSTEE AND FIRST FRANKLIN FINANCIAL CORP.
CAUSE NO. 09-15252*
*134TH JUDICIAL DISTRICT, ROCKWALL COUNTY*

    PLAINTIFF'S ORIGINAL PETITION     3130

**MARK DISANTI VS. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
**CAUSE NO. 2010-30041-211**
**211TH JUDICIAL DISTRICT, ROCKWALL COUNTY**

    PLAINTIFF'S ORIGINAL PETITION     3137
    DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,     3143
    INC. AND NATIONSTAR MORTGAGE, LLC'S ORIGINAL ANSWER
    LOAN RELATED DOCUMENTS     3145

*MARK DISANTI VS. U.S. BANK NATIONAL ASSOCIATION*
*CAUSE NO. 09-15251*
*193RD JUDICIAL DISTRICT, DALLAS COUNTY*

    PLAINTIFF'S ORIGINAL PETITION     3171
    PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION     3177

*MARK DISANTI VS. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND
NATIONSTAR MORTGAGE, LLC*
*CAUSE NO. 2010-40041-362*
*362ND JUDICIAL DISTRICT, ROCKWALL COUNTY*

    PLAINTIFF'S FIRST AMENDED PETITION AND APPLICATION FOR     3182
    TEMPORARY RESTRAINING ORDER AND TEMPORARY

---

INJUNCTION

| | |
|---|---|
| TEMPORARY RESTRAINING ORDER | 3193 |
| CERTIFICATE OF CASH IN LIEU OF BOND FOR RESTRAINING ORDER &/OR INJUNCTION | 3195 |
| PLAINTIFF'S NOTICE OF NON-SUIT AGAINST DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | 3199 |
| CITATION PERSONAL SERVICE | 3200 |
| PLAINTIFF'S FIRST AMENDED PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION | 3202 |
| DEFENDANT'S ORIGINAL ANSWER | 3213 |
| DEFENDANT'S ORIGINAL ANSWER | 3215 |
| ORDER EXTENDING TEMPORARY RESTRAINING ORDER | 3217 |
| TEMPORARY RESTRAINING ORDER | 3219 |
| SERVICE DOCUMENTS | 3221 |
| PLAINTIFF'S FIRST AMENDED PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION | 3231 |
| TEMPORARY RESTRAINING ORDER | 3242 |
| CERTIFICATTE OF CASH IN LIEU OF BOND FOR RESTRAINING ORDER AND/OR INJUNCTION | 3244 |

***MARK DISANTI VS. LONG BEACH MORTGAGE COMPANY***
***CAUSE NO. 09-14936***
***192ND-K JUDICIAL DISTRICT, DALLAS COUNTY***

| | |
|---|---|
| PLAINTIFF'S ORIGINAL PETITION | 3246 |
| DEFENDANT'S NOTICE OF REMOVAL | 3252 |
| INDEX (EXHIBIT A) | 3257 |
| PLAINITIFF'S ORIGINAL PETITION (EXHIBIT C-1) | 3260 |
| DEFENDANT'S ORIGINAL ANSWER (EXHIBIT C-3) | 3265 |
| DEFENDNAT'S FIRST AMENDED ANSWER (EXHIBIT C-4) | 3268 |
| RULE 7.1 DISCLOSURE STATEMENT | 3271 |
| NOTICE OF FILING NOTICE OF REMOVAL | 3273 |

***MARK DISANTI VS. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DHI***
***MORTGAGE COMPANY, LTD. AND GREG BERTRAND, KEITH SMILEY AND/OR***
***TERRY ROSS, SUBSTITUTE TRUSTEE***
***CAUSE NO. 2009-60324-393***
***393RD JUDICIAL DISTRICT, DENTON COUNTY***

| | |
|---|---|
| PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION | 3275 |
| PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY | 3285 |

INJUNCTION

PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR   3295
TEMPORARY RESTRAINING ORDER AND TEMPORARY
INJUNCTION

TEMPORARY RESTRAINING ORDER   3305

LOAN RELATED DOCUMENTS   3307

CERTIFICATE OF LAST KNOWN ADDRESS   3310

AFFIDAVIT FOR ATTORNEY'S FEES   3311

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT   3313

DEFAULT JUDGMENT   3316

AFFIDAVIT TO SUPPORT DEFAULT JUDGMENT   3319

LOAN RELATED DOCUMENTS   3322

PLAINTIFF MARK DISANTI'S NOTICE OF NON-SUIT WITHOUT   3328
PREJUDICE AS TO DHI MORTGAGE COMPANY, LTD. AND GREG
BERTRAND, KEITH SMILEY AND/OR TERRY ROSS, SUBSTITUTE
TRUSTEE

PLAINTIFF MARK DISANTI'S NOTICE OF NON-SUIT WITHOUT   3330
PREJUDICE AS TO DHI MORTGAGE COMPANY, LTD. AND GREG
BERTRAND, KEITH SMILEY AND/OR TERRY ROSS, SUBSTITUTE
TRUSTEE

PLAINTIFF MARK DISANTI'S NOTICE OF NON-SUIT WITHOUT   3332
PREJUDICE AS TO DHI MORTGAGE COMPANY, LTD. AND GREG
BERTRAND, KEITH SMILEY AND/OR TERRY ROSS, SUBSTITUTE
TRUSTEE

TEMPORARY RESTRAINING ORDER   3334

TEMPORARY RESTRAINING ORDER   3336

*MARK DISANTI VS. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*
*CAUSE NO. 2010-50041-367*
*367TH JUDICIAL DISTRICT, DENTON COUNTY*

PLAINTIFF'S ORIGINAL PETITION   3338

*MARK DISANTI VS. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*
*CAUSE NO. 141-244555-10*
*141ST JUDICIAL DISTRICT, TARRANT COUNTY*

PLAINTIFF'S ORIGINAL PETITION   3344

Kenneth S. Harter
State Bar ID 09155300
1620 E. Beltline Rd.
Carrollton, TX 75006
(972) 242-8887
Fax (972) 446-7976

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure, on this the 2ND day of July, 2010.

Kenneth S. Harter

LAW OFFICES OF

# KENNETH S. HARTER*



RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2010 JUL -2 PM 1:03

CLERK OF COURT

*Member – State Bar of California                                         *Member – State Bar of Texas
1620 E. Beltline Rd.   Carrollton, Texas 75006
(972) 242-8887
Fax (972) 446-7976
kenharter@tx.rr.com

July 2, 2010

Clerk, U. S. District Court
501 W. 10th St.
Fort Worth, Tx. 76102

      Re:    Mark Disanti vs. Mortgage Electronic Registration Systems, Inc.
            No. 4:10-CV-00287

Dear Clerk:

      Enclosed please find the materials Judge McBryde has ordered us to produce to him in this case.  These are in 14 bound volumes.  I am also enclosing a master index for these 14 bound volumes.  Please advise the Court that the bindery neglected to include the master Table of Contents in the first volume.  Accordingly, I have inserted it therein and am providing it to you separately under this cover.

      In addition, please find the original and 3 copies of my "Response and Objection" to be filed in this case.  Please return the file stamped copy of this document to me.

      Thank you for your assistance in this matter.

                Sincerely,

                LAW OFFICES OF KENNETH S. HARTER

                Kenneth S. Harter

KSH/pq
encl

cc:    Crouch & Ramey