IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| MARK DISANTI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:10-CV-287-A |
| | § | |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

Consistent with the discussions held and rulings made during the hearing held July 8, 2010,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Mark Disanti, against defendant, Mortgage Electronic Registration Systems, Inc., in the above-captioned action be, and are hereby, dismissed.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the costs incurred by that party.

SIGNED July 8, 2010.

JOHN McBRYDE
United States District Judge