

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**MINUTE ORDER - COURTROOM HEARING**

JUDGE : McBryde
LAW CLERK: Marjorie Panter
COURT REPORTER: Shawn McRoberts
CSO: Charlie Simmons

---

Case No.: 4:10-CV-287-A
<u>Disanti v. Mortgage Electronic Registration Systems, Inc.</u>

Date Held: 7/8/10
Time:       10:00 a.m. - 10:05 a.m.; 10:30 a.m. - 10:40 a.m.
            (Total Time: 15 mins)

Hearing Concluded:  __X__ Yes  _____ No

Plaintiff's counsel: Kenneth Harter

Defendant's counsel: Cole Ramey, Karly Rodine

=========================================================================

Hearing on defendant's motion to dismiss and court's consideration of sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure. Motion to dismiss granted, each party to bear its own costs. No sanctions will issue.